UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VISTEON CORPORATION,

    Plaintiff,

vs.                                               Case No. 07-12250

NATIONAL UNION FIRE
INSURANCE COMPANY                 Hon. Patrick J. Duggan
OF PITTSBURGH, PA,                  Hon. Magistrate Judge Mona Mazjoub

    Defendant.

_____

**ORDER GRANTING LEAVE TO FILE SUR-REPLY
IN RESPONSE TO VISTEON'S REPLY BRIEF**

This matter having come before this Honorable Court by motion for leave and the Court otherwise being duly advised in the premises;

NOW THEREFORE, IT IS ORDERED that the Defendant National Union shall be granted leave to file its Sur-Reply to Visteon's Reply Brief.

                                  s/Patrick J. Duggan
                                  **Patrick J. Duggan**
                                  **United States District Judge**

**Dated: May 12, 2008**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on May 12, 2008, by electronic and/or ordinary mail.**

                                  **S/Marilyn Orem**
                                  **Case Manager**