UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

VISTEON CORPORATION,

    Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA,

    Defendant.

Case No.: 07-12250
Hon. Patrick J. Duggan
Magistrate Judge Mona K. Mazjoub

## ORDER DISMISSING CASE WITH PREJUDICE

Pursuant to the parties' stipulation of June 29, 2008, the action captioned *Visteon Corporation v. National Union Fire Insurance Company of Pittsburgh, PA* (No. 07-12250) is hereby **DISMISSED WITH PREJUDICE** and without costs to any party.

                      s/PATRICK J. DUGGAN
                      United States District Judge

Dated: June 30, 2008