# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

CASE NO.07-12250
HON. PATRICK J. DUGGAN

VISTEON CORPORATION,

        Plaintiff(s),

vs.

NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH, PENNSYLVANIA,

        Defendant(s).

_____/

## ORDER REGARDING SEALED MATERIALS
## IN COMPLIANCE WITH LOCAL RULES 5.3 AND 5.4

Pursuant to  Local Rule 5.3/5.4 regarding sealed materials,

**NOW THEREFORE, IT IS ORDERED** that the Clerk of Court is directed to:

_____        Unseal document Number in this case and restore it to the  public file.

__X__        Unseal  the sealed documents, return  to the submitting party and  amend  the  court  record  to  reflect  this action.(Docket Entries #26,36,32,33,42,43,61,62,63,64,65,66,71,83,84,85,95,96,103)

S/Patrick J. Duggan_____

Patrick J. Duggan
United States District Judge

Dated:  September 12, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 12, 2008, by electronic and/or ordinary mail.

S/Marilyn Orem_____

Case Manager